2:24-cv-00352-TMC-TLF

WAWD (Rev. 12/11) Prisoner Civil IFP

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON

FILED ENTERED
LODGED RECEIVED
MAR 14 2024 MH
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

TayJaan Fletcher

Plaintiff

vs.

John Hart
Phillip Davis

Defendant(s)

Case Number: ______

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS BY A PRISONER BRINGING A CIVIL ACTION**

**DO NOT use this form if you are bringing a Petition for Writ of Habeas Corpus.**

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS**

I (print your name) TayJaan Fletcher declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof. The nature of my action is *briefly* stated as follows:_

In support of this application, I answer *all* of the following questions:

1. Are you currently incarcerated?

☑ Yes If "Yes" state the place of your incarceration King County Correctional Facility

**You must also attach a certified copy of your prison trust account statement showing transactions for the past six months.**

☐ No If "No" do not use this form.

2. Are you presently employed? ☐ Yes Employer ______ Salary______ ☑ No

3. For the past twelve months, list the amount of money you have received from any of the following sources.

a. Business, profession or other self-employment $ ______
b. Income from rent, interest or dividends $ ______
c. Pensions, annuities or life insurance payments $ ______
d. Disability, unemployment, workers compensation or public assistance $ ______
e. Gifts or inheritances $ ______
f. Money received from child support or alimony $ ______
g. Describe any other source of income Family $ 200.00

4. List the amount for each of the following (include prison account funds):

Cash on hand $ 0.00 Checking Account $ 0.00 Savings Account $ 0.00

5. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
If Yes, describe the property and state its approximate value:

☐ Yes

☑ No $

6. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indicate how much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes

☑ No $

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Food/ HyGeine $ 200.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I need all of my money to survive

I declare under penalty of perjury that the foregoing is true and correct.

3/7/24 TayJaan Fletcher

**Executed on: (Date)** **Signature of Applicant**

**WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(b)**

I (print your name) TayJaan Fletcher
hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

3/7/24 TayJaan Fletcher

**Executed on: (Date)** **Signature of Applicant**

# ACKNOWLEDGMENT AND AUTHORIZATION

Case Number ______________________

By choosing to bring a civil action, I acknowledge I am responsible for payment of the full $350.00 filing fee under 28 U.S.C. § 1915. I authorize the agency having custody of me to collect from my account and forward to the Clerk of the United States District Court the initial partial filing fee calculated under the Certification and Calculation section and payments pursuant to 28 U.S.C. § 1915(b).

I understand I am required to make monthly payments of twenty (20) percent of my preceding month's income credited to my account and the agency having custody of me will forward funds to the Clerk of the United States District Court each time the amount in the account exceeds ten ($10.00) dollars until the filing fee is paid in full.

3/7/24 TayJaun Fletcher

Date Signature of Applicant

TayJaun Trevion-wayne Fletcher 22001 0934

Committed Name of Applicant Inmate Number

rayJaun Fletcher
500 Fifth Ave S.
Seattle, Wa 98104

quadient
FIRST-CLASS MAIL
IMI
$000.88
03/12/2024 ZIP 98104
043M31239976
US POSTAGE

FILED
LODGED
RECEIVED
MAIL

MAR 14 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Clerk of Court
U.S. District Court
700 Stewart Street
Suite 2310
Seattle, Wa 98101

98101$4439 C028