UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYJUAN TREVION-WAYNE FLETCHER,

              Plaintiff,

v.

JOHN HURT, et al.,

              Defendants.

Case No. 2:24-cv-00352-TMC-TLF

REPORT AND RECOMMENDATION

Noted for: June 5, 2024

Plaintiff filed an application for leave to proceed *in forma pauperis* (IFP) and a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 1. To file a complaint and initiate legal proceedings, plaintiffs must pay a Court filing fee of $405.00 or file a proper IFP application. Local Civil Rule 3(b), (c).

Plaintiff filed the proposed complaint on March 14, 2024. Dkt. 1. The Clerk's Office issued an initial Notice of Filing Deficiency, but it was returned as undeliverable. Dkts. 2, 3. On April 11, 2024 the Clerk's Office issued a second Notice of Filing Deficiency, informing plaintiff that his application was deficient – that it did not include a certified copy of the prison trust statement showing transactions for the last six months – and giving plaintiff until May 13, 2024 to provide either the filing fee or a proper IFP application. Dkt. 5. To date, plaintiff has not paid the filing fee or filed a proper IFP application. Accordingly, the undersigned recommends that the Court DENY plaintiff's

REPORT AND RECOMMENDATION - 1

1  IFP application and DISMISS the complaint without prejudice for failure to prosecute. A
2  Proposed Order and Judgment accompany this Report and Recommendation.
3  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall
4  have fourteen (14) days from service of this report to file written objections. *See also*
5  Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for
6  purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can
7  result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474
8  U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations
9  omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is
10 directed to set the matter for consideration on **June 5, 2024**, as noted in the caption.

Dated this 21st day of May, 2024.

Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: JUNE 5, 2024 - 2