UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYJUAN TREVION-WAYNE FLETCHER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN HURT; PHILLIP DAVIS,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-000352-TMC-TLF<br><br>ORDER ON REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. 6); Plaintiff Tayjuan Trevion-Wayne Fletcher's objections to the Report and Recommendation; and the remaining record, hereby finds and orders:

1. The Report and Recommendation recommends dismissing Mr. Fletcher's complaint without prejudice because his application to proceed *in forma pauperis* (IFP) did not include a certified copy of his prison trust statement showing transactions for the last six months. Dkt. 6 at 1. Despite several reminders, Mr. Fletcher did not either pay the filing fee or submit the required information. *See id.*

ORDER ON REPORT AND RECOMMENDATION - 1

2. After the Report and Recommendation was filed, Mr. Fletcher filed objections, which included an attached "Resident Account Summary" from the King County Department of Adult and Juvenile Detention showing transactions from April 2023 to April 2024. *See* Dkt. 7-1. In his objections, Mr. Fletcher said that he had put in several requests for his account statement that were not fulfilled. Dkt. 7.

3. Considering this new information, the Court DECLINES to adopt the Report and Recommendation, and instead REFERS this matter back to Magistrate Judge Fricke for review of Mr. Fletcher's IFP application with the "Resident Account Summary" submitted at Dkt. 7-1.

4. The Clerk is directed to send copies of this order to Plaintiff and to the Hon. Theresa L. Fricke.

Dated this 20th day of June, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER ON REPORT AND RECOMMENDATION - 2