UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYJUAN TREVION-WAYNE FLETCHER,

                Plaintiff,

v.

JOHN HURT, et al.,

                Defendants.

Case No. 2:24-cv-00352-TMC-TLF

ORDER

The Court, having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and orders:

1. The Court adopts the Report and Recommendation;
2. Plaintiff's complaint is dismissed without prejudice; and
3. The Clerk is directed to send copies of this order to plaintiff and to the Hon. Theresa L. Fricke.

Dated this 27th day of August, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER - 1